IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEITH BROOKS,<br><br>        Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF NEB., and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OMAHA, NEB,<br><br>        Respondents. | 8:24CV471<br><br>**ORDER** |

      This matter is before the Court on its own motion. On December 11, 2024, and January 3, 2025, the Clerk of the Court sent orders to Petitioner at his last known address and they were returned to this Court as undeliverable. *See* Filing Nos. 5 & 7. Petitioner has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Petitioner's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

      1.    Petitioner must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

      2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **March 12, 2025**: check for address.

Dated this 10th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge